UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RICHARDS,<br>Plaintiff,<br>-against-<br>LONG ISLAND RAILROAD COMPANY,<br>Defendant. | 22-CV-04924 (JLR)<br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 14, 2022, filed in response to the Court's September 28, 2022 Reassignment Order. ECF No. 12. The Amended Civil Case Management Plan and Scheduling Order entered by Judge Oetken on August 25, 2022, continues to remain in effect. *See* ECF No. 10.

IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on **January 18, 2023**, at 3:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at any time.

Dated: October 17, 2022
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge